UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**SHONDA BREVARD**,<br><br>Defendant. | Crim. Action No. 10-130 (CKK) |

**ORDER**

Pursuant to a discussion on the record on September 3, 2010, with representations from Defense counsel and the agreement of Ms. Brevard, her motion to withdraw her guilty plea filed on July 6, 2010, with a prior notice of intent to file such a motion, filed on July 3, 2010, is withdrawn by Ms. Brevard. On June 9, 2010, Ms Brevard entered a guilty plea before Magistrate Judge John M. Facciola with a Report and Recommendation to the Court to accept it. At this time, there are no objections to the Report and Recommendation .

Accordingly, it is this 3rd day of September, 2010,

**ORDERED** that the Report and Recommendation is hereby adopted and the Court accepts Ms. Brevard's plea of guilty.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Joanne Roney Hepworth, Esq.
Virginia Cheatham, AUSA
Magistrate Judge John M. Facciola
U.S. Probation Office
Pretrial Services